JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 18-2560-RGK (MRWx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(2) |
| v. | |
| $1,912,876.00 SEIZED FROM ALLIANCE BERNSTEIN ACCOUNT NUMBER XXX-5414, ET AL., | |
| Defendants. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

The defendant assets shall be returned to Claimants as set out in the parties' stipulation and request for dismissal.

There was reasonable cause for the seizure of the defendant assets and the institution of this action as to said defendants. This order of dismissal shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: December 27, 2018

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Attorneys for Plaintiff
United States of America